Clerk
U.S District Court
For Northern Calif
1301 Clay
Oakland, Calif 94621

Antonio Williams J05660
California Correctional Institution
P.O Box 1906 4B-4-A-204
Tehachapi, Calif 93581

RECEIVED
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

$00.92° DEC 13 2007
MAILED FROM ZIP CODE 93581

"LEGAL MAIL"