IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO L. WILLIAMS )
      Plaintiff, )
       )  CASE NO. CV 07 6419 CW
v. )
       )  PRISONER'S
W. J. SULLIVAN )  IN FORMA PAUPERIS
     Warden )  APPLICATION
      Defendant. )
       )

(PR)

I, ANTONIO L. WILLIAMS, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes _____   No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____N/A_____

Employer: _____N/A_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____None_____

rev. 11/97                         2

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment             Yes _____  No __✓__
    b.  Income from stocks, bonds, or royalties?            Yes _____  No __✓__
    c.  Rent payments?                                      Yes _____  No __✓__
    d.  Pensions, annuities, or life insurance payments?    Yes _____  No __✓__
    e.  Federal or State welfare payments, Social Security or other government source?  Yes _____  No __✓__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?    Yes __✓__  No _____  *Separated*

Spouse's Full Name: *Sheretha Joyce Huff*

Spouse's Place of Employment: *Social Security Building Richmond Calif*

Spouse's Monthly Salary, Wages or Income: *Dont Know*

Gross $_____  Net $_____

4.  a.  List amount you contribute to your spouse's support:

    $ _____*N/A*_____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

    _____*N/A*_____

    _____

5.  Do you own or are you buying a home?    Yes _____  No __✓__

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes _____  No __✓__

Make _____  Year _____  Model _____

Is it financed? Yes _____  No _____  If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ✓   No _____

Name(s) and address(es) of bank: __Prison Account__

Present balance(s): $ __0__

Do you own any cash? Yes _____ No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____ No ✓

8. What are your monthly expenses? N/A

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts: None N/A

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__U.S. District Court Northern Dist. Case No. 4:04-CV-00782-CW, 4:05-CV-00253-CW, 4:04-CV-05040-CW__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__12-9-07__                    __Antonio Luis Williams__
DATE                             SIGNATURE OF APPLICANT

rev. 11/97                            4

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Antonio Williams_ for the last six months at
[prisoner name]
_CCI Tehachapi_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_ .

Dated: _12/13/07_    _[signature] Donna Riddle_
                       Authorized officer of the institution
                       _Acct Tech_

PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/23/2006 | H110 | COPIES HOLD | 6797COPIES | 1.20 |
| 07/05/2006 | H110 | COPIES HOLD | 0025COPIES | 0.87 |
| 08/23/2006 | H107 | POSTAGE HOLD | 1115POSTAG | 0.53 |
| 09/06/2006 | H107 | POSTAGE HOLD | 1308POSTAG | 0.63 |
| 09/22/2006 | H107 | POSTAGE HOLD | 1655POSTAG | 0.39 |
| 11/29/2006 | H107 | POSTAGE HOLD | 2764POSTAG | 0.41 |
| 06/25/2007 | H107 | POSTAGE HOLD | 6627POSTAG | 3.47 |
| 09/01/2007 | H107 | POSTAGE HOLD | 2169POSTAG | 1.82 |
| 10/30/2007 | H107 | POSTAGE HOLD | 2846POSTAG | 1.14 |
| 11/15/2007 | H109 | LEGAL POSTAGE HOLD | 3278LEGPOS | 0.58 |
| 11/15/2007 | H109 | LEGAL POSTAGE HOLD | 3278LEGPOS | 8.25 |
| 11/21/2007 | H118 | LEGAL COPIES HOLD | 3424LEGCOP | 1.82 |
| 12/03/2007 | H109 | LEGAL POSTAGE HOLD | 3516LEGPOS | 10.65 |
| 12/04/2007 | H118 | LEGAL COPIES HOLD | 3531LEGCOP | 7.38 |
| 12/07/2007 | H107 | POSTAGE HOLD | 3731POSTAG | 3.64 |
| 12/12/2007 | H109 | LEGAL POSTAGE HOLD | 3824LEGPOS | 21.25 |
| 12/12/2007 | H118 | LEGAL COPIES HOLD | 3828LEGCOP | |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 65.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE
65.23

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

cc Acct Tech

REPORT ID: TS3030 .701                                                                  REPORT DATE: 12/13/07
          CALIFORNIA DEPARTMENT OF CORRECTIONS
              CALIF CORRECTIONAL INSTITUTION
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: MAY 01, 2007 THRU DEC. 13, 2007

          TOTAL NUMBER OF STATEMENTS PRINTED:                    1
          TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:       0.00