Antonio Williams, J05660
California Correctional Institution
P.O. Box 1906 4B-9-A-204
Tehachapi, Calif 93581

"Legal Mail"

RECEIVED
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clerk
U.S. District Court
For Northern California
1301-Clay St.
Oakland, Calif 94612



$ 04.60
MAILED FROM ZIP CODE 93581
DEC 11 2007