ORIGINAL

IN THE U.S DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS

vs

N. ALBONICO ET. AL

CV 07 No. 6419 CW (PR)

MOTION TO TRANSFER COMPLAINT TO U.S.D.C OF EASTERN DISTRICT OF CALIFORNIA:

PETITIONER COME BEFORE THE COURT WITH SAID TITLED MOTION IN THAT DEFENDANTS ARE IN FILING JURISDICTION OF EASTERN DISTRICT COURT AND ORIGINALLY FILED IN THIS COURT PETITIONER NOW IN CALIF CORRECTIONAL INST, AND REQUESTING THE COMPLAINT BE TRANSFERED ACCORDINGLY

RESPECTFULLY SUBMITTED

I DECLARE UNDER PENALTY OF PERJURY ALL TRUE.

DATED: 12-9-07

Antonio Williams