Original

IN THE U.S DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 20 AM 10:25
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS

vs

~~Albert~~ A.W.
G. TURNER
C. MOORE
T. JACKSON

CV 07 Case No. 6419 CW (PR)

MOTION TO ENTER DEFENDANTS NAMES TO CIVIL COMPLAINT TITLE ACTION AS RAN OUT OF SPACE TO INCLUDE AND APART OF ACTION.

PETITIONER COME WITH SAID TITLED MOTION TO ENTER, INCLUDE DEFENDANTS G. TURNER, C. MOORE, T. JACKSON ALL ARE APART OF COMPLAINT ACTION BUT RAN OUT OF COMPLAINT SPACE TO INCLUDE.

RESPECTFULLY SUBMITTED

I DECLARE UNDER PENALTY OF PERJURY ALL TRUE.

DATED: 12-9-07

Antonio Williams

FORM E

Proof of Service by Mail

[Case Name and Court Number]   WILLIAMS VS ALBONICO ET AL

I declare that:

I am a resident of __C.C.I__ in the county of __TEHACHAPI__, California. I am over the age of 18 years. My residence address is: __CALIF CORRECTIONAL INSTITUTION P.O BOX 1906 4B-4-A-204 TEHACHAPI, CA 93581__

On __12-9-07__, I served the attached __SEE BELOW__ 1-4 on the __CLERK__ in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at __C.C.I__ addressed as follows: __U.S..D.C NORTHERN DIST. OF CALIF 1301 CLAY ST. OAKLAND, CA 94621__

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on __12-9-07__ [date], at __TEHACHAPI__, California.

**MATERIALS ENCLOSED**

1. CIVIL COMPLAINT
2. MOTION TO REFILE COMPLAINT
3. MOTION TO TRANSFER COMPLAINT
4. MOTION TO ENTER DEFENDANTS NAME

ANTONIO WILLIAMS
[Type or Print Name]

Antonio Williams
[Signature]