**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

January 22, 2008

Clerk, U.S. District Court
Eastern District of California
501   I   Street
Sacramento, CA 95814-7300

RE: CV 07-06419 CW   ANTONIO L. WILLIAMS-v-N. ALBONICO

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ **Please access our electronic record through CM/ECF System**.  See the attached instructions for retrieving electronic case filings..

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk


        by:  Clara Pierce
        Case Systems Administrator

Enclosures
Copies to counsel of record