**FILED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

January 22, 2008

Clerk, U.S. District Court
Eastern District of California
501 I Street
Sacramento, CA 95814-7300

**RECEIVED**

JAN 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

RE: CV 07-06419 CW  ANTONIO L. WILLIAMS-v-N. ALBONICO

Dear Clerk,

2:08 - CV - 156  LKK DAD PC

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ **Please access our electronic record through CM/ECF System**. See the attached instructions for retrieving electronic case filings..

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record